AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 1 4 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Donta Madison | ) Case No. | 1:21-mj-290 TMD |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donta Madison

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of and Possession with Intent to Distribute 40 grams or more of Fentanyl, in Violation of 21 U.S.C. sec. 841

Conspiracy to Distribute Controlled Substamces, in Violation of 21 U.S.C. sec. 846

Date: 2/2/2021

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/3/21, and the person was arrested on *(date)* 2/10/21
at *(city and state)* Baltimore County Detention Center

Date: 2/10

*Arresting officer's signature*

Corey Lushing TFO
*Printed name and title*